# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1977
Lower Tribunal No. 16-6019
_____

**J. Tucker, Trustee,**
Appellant,

vs.

**Little Haiti Housing Association, Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Brodsky Fotiu-Wojtowicz, PLLC and Benjamin H. Brodsky and Robert S. Visca, for appellant.

Hahn Loeser & Parks LLP and Michael R. Whitt and Meredith A. McBride (Fort Myers), for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Hagopian v. Zimmer</u>, 653 So. 2d 474, 475 (Fla. 3d DCA

1995) ("The person whose name appears on legal title is presumed to be the owner of the property in question" (citing Cannova v. Carran, 92 So. 2d 614, 619 (Fla. 1957))); Rabinowitz v. Keefer, 132 So. 297, 303 (Fla. 1931) ("A grantor can convey no greater estate than he has or in which he has an alienable title or interest . . . ."); Burdine v. Sewell, 109 So. 648 (1929) (relying on fact that grantor did not include both co-owners on purported easement to support trial court's conclusion that easement was not validly created); see also Advanced Sys., Inc. v. Gotham Ins. Co., 272 So. 3d 523, 528 n.2 (Fla. 3d DCA 2019) ("Summary judgment evidence must be in the form of evidence that would be admissible at trial." (citing Gidwani v. Roberts, 248 So. 3d 203, 208 (Fla. 3d DCA 2018))); Custom Design Expo, Inc. v. Synergy Rents, Inc., 327 So. 3d 427, 431 (Fla. 2d DCA 2021) (declining to consider affidavit opposing summary judgment where affidavit was based on hearsay); Fla. Dep't of Fin. Servs. v. Associated Indus. Ins. Co., Inc., 868 So. 2d 600, 602 (Fla. 1st DCA 2004) (same); Zoda v. Hedden, 596 So. 2d 1225, 1226 (Fla. 2d DCA 1992) (same).